WILLIAM N. KAMMER [SBN 53848]
ELIZABETH A. MITCHELL [SBN 204853]
E-Mail: emitchell@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Plaintiff ISLAND PACIFIC
SYSTEMS CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAND PACIFIC SYSTEMS CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RETAIL PROFESSIONALS OF EL-AGOUZA, CAIRO, EGYPT, an Egyptian entity of unknown form,<br><br>Defendant. | CASE NO. 2:05-CV-01357-WBS-DAD<br><br>**ORDER ALLOWING SERVICE OF SUMMONS AND COMPLAINT BY E-MAIL TRANSMISSION AND ENLARGING TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>Judge: William B. Shubb<br>Courtroom: 5<br>Complaint Filed: July 11, 2005 |

The Court having read and considered Plaintiff Island Pacific Systems Corporation's ("IP") *ex parte* application for an order allowing service of summons and complaint by e-mail transmission and for an order enlarging time to serve summons and complaint (the "Application"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

(1) IP's Application is GRANTED;

(2) The time for IP to serve the summons and complaint is extended until June 3, 2006; and

(3) IP may effect service on Defendant Retail Professionals of El-Agouza, Cairo, Egypt ("Defendant") by serving a copy of the summons and complaint on

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant by e-mail transmission to rpro@retail-professionals.com.
2      IT IS SO ORDERED.
3
4  Dated: February 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com